James H. Hohenstein
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
Telefax: (212) 385-9010
E-mail: jim.hohenstein@hklaw.com
       lissa.schaupp@hklaw.com

Attorneys for Plaintiff,
L Bridge Limited



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L BRIDGE LIMITED,<br><br>    Plaintiff,<br><br>-against-<br><br>COSMOTRADE EXPORTS S.A., and<br>COSMOFREIGHT INC.,<br><br>    Defendants. | **08 CV 0414**<br><br>08 Civ.    ( )<br><br>**CORPORATE DISCLOSURE<br>STATEMENT IN<br>ACCORDANCE<br>WITH RULE 7.1 OF THE<br>FEDERAL RULES<br><u>OF CIVIL PROCEDURE</u>** |

    I, James H. Hohenstein, attorney for Plaintiff L Bridge Limited, having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

    L Bridge Limited is not publicly traded and its shares are not owned by any publicly traded companies. L Bridge Limited's parent corporation is British Marine Plc and that company's parent corporation is Britmar UK Limited.

Dated: New York, New York
January 16, 2008

                HOLLAND & KNIGHT LLP

By: _____
        James H. Hohenstein
        Lissa D. Schaupp
        HOLLAND & KNIGHT LLP
        195 Broadway
        New York, NY  10007-3189
        (212) 513-3200
        Telefax:  (212) 385-9010
        E-mail:  jim.hohenstein@hklaw.com
                 lissa.schaupp@hklaw.com

Attorneys for Plaintiff,
*L Bridge Limited*

# 5061939_v1