

James H. Hohenstein
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
Telefax: (212) 385-9010
E-mail: jim.hohenstein@hklaw.com
          lissa.schaupp@hklaw.com

Attorneys for Plaintiff,
L Bridge Limited

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

L BRIDGE LIMITED,

        Plaintiff,

                -against-

COSMOTRADE EXPORTS S.A., and
COSMOFREIGHT INC.,

        Defendants.

---

08 Civ. 414 (LTS)

**NOTICE OF
VOLUNTARY
DISMISSAL**

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 41(a)(1)(i) of the Federal Rules of

Civil Procedure, Plaintiff L Bridge Limited, by and through its attorneys of record, dismisses this

action without prejudice.

Dated: New York, New York
         January **25**, 2008

HOLLAND & KNIGHT LLP

By: _____

James H. Hohenstein
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
Telefax: (212) 385-9010
E-mail: jim.hohenstein@hklaw.com
           lissa.schaupp@hklaw.com

Attorneys for Plaintiff,
*L Bridge Limited*

# 5079724_v1

1|28|2008

LAURA TAYLOR SWAIN U.S.D.J.

2